# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEROME BENJAMIN HARRELL, <br><br> Plaintiff, <br><br> -vs- <br><br> EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC, <br><br> Defendants. | CASE NO. 1:24-cv-04951-SCJ-JEM |

### NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

COMES NOW Plaintiff, JEROME BENJAMIN HARRELL, by and through undersigned counsel, hereby notifies the Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 3rd day of January 2025.

                                              **/s/ Octavio Gomez**
                                              Octavio "Tav" Gomez
                                              Florida Bar No.: 0338620
                                              Georgia Bar No.: 617963
                                              Pennsylvania No.: 325066

>The Consumer Lawyers PLLC
>501 E. Kennedy Blvd, Suite 610
>Tampa, FL 33602
>Cell: (813) 299-8537
>Facsimile: (844) 951-3933
>Tav@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 3rd day of January 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

>**/s/ Octavio Gomez**
>Octavio "Tav" Gomez
>Florida Bar No.: 0338620
>The Consumer Lawyers
>*Attorney for Plaintiff*