IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEROME BENJAMIN HARRELL, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:24-CV-4951-SCJ-JEM |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERION INFORMATION SOLUTIONS, INC.; and TRANSUNION LLC; | |
| Defendants. | |

**O R D E R**

Counsel for Plaintiff having filed Notices [Docs. 10, 12, & 13] informing the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 3rd day of January, 2025.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE